ORIGINAL

| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Trans. Court) CR89-00812 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 08 CR 594 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MILTON BAKER | Central District of California | Los Angeles |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Harry L. Hupp | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/26/07 | TO 2/25/12 |

OFFENSE

21 USC 841(a): Possession With Intent to Distribute 5,659.4 grams of Cocaine Base

FILED
JUL 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____CENTRAL____ DISTRICT OF ____CALIFORNIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____NORTHERN DISTRICT OF ILLINOIS____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JUL - 2 2008
_Date_

_CHIEF United States District Judge_
ALICEMARIE H. STOTLER

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Illinois - Eastern Div.____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 2 4 2008
_Effective Date_

_James F. Holderman_
_United States District Judge_



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

July 2, 2008

08 CR 594

Clerk, Illinois Northern District Court
2046 Everett McKinley Dirksen, U.S. Courthouse
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

**FILED**
JUL 25 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Transfer of Our Case No. CR 89-00812 HLH

Assigned Your Case No. _____ JUDGE PALLMEYER

Case Title: USA v Milton Baker   MAGISTRATE JUDGE KEYS

Dear Sir/Madam:

☒ Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☐ Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By Lori Muraoka
Deputy Clerk

cc: Probation Office, Central District of California
Probation Office, District of Origin

==================================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

_____   By _____
Date                                                        Deputy Clerk

CR-22 (01/01)   TRANSMITTAL LETTER - PROBATION TRANSFER OUT