COPY

FILED
CLERK, U.S. DISTRICT COURT
2008
JUL 31
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
CR89-00842

08 CR 594

DOCKET NUMBER *(Rec. Court)*

FILED
AUG 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MILTON BAKER | Central District of California | Los Angeles |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Harry L. Hupp | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/26/07 | TO 2/25/12 |

OFFENSE

21 USC 841(a): Possession With Intent to Distribute 5,659.4 grams of Cocaine Base

JUDGE PALLMEYER
MAGISTRATE JUDGE KEYS

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____CENTRAL____ DISTRICT OF ____CALIFORNIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____NORTHERN DISTRICT OF ILLINOIS____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

JUL ⁻2 2008
_____
Date

_____
CHIEF *United States District Judge*
ALICEMARIE H. STOTLER

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __Illinois - E.D__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED

JUL 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUL 2 4 2008
_____
Effective Date

_____
*United States District Judge*
James F. Holderman



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

*FILED*
AUG 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

August 4, 2008

Clerk, Northern District Court of Illinois
2046 Everett McKinley Dirksen, U.S. Courthouse
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

Re:   Transfer of Our Case No.  CR 89-00812 HLH

        Assigned Your Case No.  08 CR 00594, Judge Pallmeyer

        Case Title:  USA v. Milton Baker

Dear Sir/Madam:

☐     Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court.  Please present them to your court for approval.

        Upon approval, please return the **original** to this office and we will send you the necessary documents from our file.  If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☒     Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of:  1) indictment/information, and 2) judgment and probationary order.

        Please acknowledge receipt of these documents on the copy of this letter and return to this district.

                                Sincerely,

                                Clerk, U.S. District Court

                                By  Lori Muraoka
                                      Deputy Clerk

cc:   Probation Office, Central District of California
        Probation Office, District of Origin

==================================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

                                Clerk, U.S. District Court

                                By _____
_____                    Deputy Clerk
Date

CR-22 (01/01)                    **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**

*** GRID B17 ***

ACTIVE CRIMINAL DOCKETS          CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                                    PAGE 1
                      US-V-BAKER                      CR-89-00812-01
                   as of 10/04/91 at 8:38 PM

---

Judge: JUDGE HUPP                              Case Filed: 09/15/89

                      Prior Magistrate Number: 89-1645M-02

Defendant:

D1    BAKER, MILTON JEROME, JR                 Birthdate: 05/30/63


   Dft ID: -30481

   Defendant terminated: 04/23/90

   Terminated counts:                Disposition
      POSSESSION WITH INTENT TO         (Counts 1-2) SENT (GUIDELINES
      DISTRIBUTE COCAINE BASE,          CASE) IMPRISONMNT FOR 235
      DISTRIBUTION OF COCAINE           MONTHS ON EACH OF CNT 1 & 2
      BASE.JS, 21:841A1 (1-2)           CONCURRETNLY UPON REL FRM
                                        CUST, 5 YRS SUPERVISED
                                        RELEASE ON CNTS 1 & 2 CONC.,
                                        UPON THE FOLLOWING TERMS
                                        AND CONDITIONS, OBEY ALL R &
                                        R OF P/O AND G O 225.
                                        PARTICIPATE IN A PROGRAM,
                                        AS DIRECTED AND APPROVED BY
                                        P/O, FOR TREATMNT OF
                                        NARCOTIC ADDICTION, OR DRUG
                                        DEPEDN, WHICH MAY INCLUDE
                                        COUNSELING OR RANDOM
                                        TESTING. DFT INFORMED OF
                                        RIGHT TO APPEAL, LJ (C.
                                        LEWIS) (04/23/90)

   Offense Level (disposition): FEL

   Total Jail: 235 Mo

   Complaints:
      Flg mag complaint 09/15/89 (DFT IN VIOL OF
         21:841A1.JS).

I hereby attest and certify on 8/4/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1198

Case 1:08-cr-00594    Document 2    Filed 06/06/2008    Page 4 of 22

ACTIVE CRIMINAL DOCKETS          CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                          CR-89-00812-01          PAGE 2

                    US-V-BAKER
                        as of 10/04/91 at 8:38 PM

---

    Defense Counsel:
        ROSEN, ROGER JAY
        10000 SANTA MONICA BLVD STE 320
        LOS ANGELES, CA  90067
        (213)557-1242
        DUDLEY, DAVID
        2121 AVENUE OF THE STARS, 6TH FLOOR
        LOS ANGELES, CA  90067
        (213) 551-6680

...............................................................................

ACTIVE CRIMINAL DOCKETS          CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                          CR-89-00812-01          PAGE 3

                    US-V-BAKER

                                    PROCEEDINGS

09/15/89  1     Filed magistrate complaint (MAGISTRATE TASSOPULOS) (Dkt'd
                    10/04/89).
                Order bench warrant issued (MAGISTRATE TASSOPULOS) (Dkt'd
                    10/04/89).
                Bench warrant issued (Dkt'd 10/04/89).

09/29/89  2     Filed indictment (KING) (Dkt'd 10/25/89).
          4     - FLD CR72 BY AUSA SAMMES.JS (Dkt'd 10/04/89).
                Order bench warrant issued (KING) (Dkt'd 10/04/89).
                Bench warrant issued (Dkt'd 10/04/89).

10/10/89  6     Defendant fails to appear for arraignment (Counts 1-2)
                    10/10/89 (MAGISTRATE BROWN) (Dkt'd 10/25/89).

10/11/89  9     Filed bench warrant returned unexecuted (MAGISTRATE
                    TASSOPULOS) (Dkt'd 10/20/89).

10/19/89  10    - DFT ARRESTED. SM (Dkt'd 10/21/89).

10/20/89  11    - FLD FIN AFFID. SM (Dkt'd 10/21/89).
          12    Bond (FLD NOT OF REQ FOR DENT. SM) (Dkt'd 10/21/89).
          13    - FLD NOT DIR DFT TO APPR FOR ARRMNT OFN INDCTMT. SM (Dkt'd
                    10/21/89).
          14    Arraignment held (Counts 1-2) (DFT INFORMED OF CHRGE AND
                    RGHT TO APPTMT OF CNSL. BEISCH AS CNSL FOR DFT. SM) (JUDGE
                    EICK) (Dkt'd 10/23/89).
                Defendant's first appearance (Dkt'd 10/21/89).
                Bail not allowed (Dkt'd 10/21/89).
                Arraignment and plea continued to 10/23/89 @ 8:30 AM
                    (Counts 1-2) (Dkt'd 10/23/89).
                Detention hearing set for 10/24/89 @ 9:00 AM (JUDGE EICK)
                    (Dkt'd 10/21/89).
          15    Order filed (FLD ORD OF TEMP DETN PENDING HRG PURS TO BAAIL
                    REFORM ACT. SM) (Dkt'd 10/21/89).

10/23/89  16    Arraignment held (Counts 1-2) (DFT IS ARRN AND STAT T/N AS
                    CHARGED. CRT ORD COUNSEL APPTD - ATTY ANNA NO-PANEL - MARY
                    GIBBONS APPEARING FOR ANNA NO.LJ) (MAGISTRATE GEFFEN)
                    (Dkt'd 10/25/89).
          16    Order appointing attorney NO, ANNA to represent defendant
                    (MARY GIBBONS APPEARING FOR ANNA NO.LJ) (MAGISTRATE GEFFEN)
                    (Dkt'd 10/25/89).
                Defendant appears with counsel (Dkt'd 10/25/89).
          16    Arraignment and plea continued to 10/25/89 @ 2:00 PM
                    (Counts 1-2) (BEFORE JUDGE HUPP AS PLEA AND TRIAL SETTING.
                    LJ) (MAGISTRATE GEFFEN) (Dkt'd 10/25/89).
          17    - FLD STATEMENT OF DFT'S CONSITUTIONAL RIGHTS.LJ (Dkt'd
                    10/23/89).
          18    Arraignment held (Counts 1-2) (PLEA AND TRIAL SETTING. DFT

ACTIVE CRIMINAL DOCKETS          CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                              PAGE 4

            US-V-BAKER                           CR-89-00812-01

                      PROCEEDINGS

            BAKER PRESENT W/ COUNSEL AND PLEADS N/G TO CTS 1 & 2 OF THE
            INDICTMENT. COURT SETS AN ESTIMATED 2 1/2 DAY JURY TRAIL
            FOR 11-28-89 AT 8:30 AM. A STATUS CONF IS SET FOR 11- 20-89
            AT 2:00 PM. ANY PROPOSED MOTNS TO BE SET FOR HRG ON 11-20-
            89 AT 2:00 PM. COURT DIRECTS THAT THE DETN HRG SET FOR 10-
            24-89 AT 9:00 AM IS BE HEARD BY MAGISTRATE EICK.LJ) (JUDGE
            HUPP) (Dkt'd 10/25/89).

      18    Defendant enters plea of not guilty (Counts 1-2) (JUDGE
            HUPP) (Dkt'd 10/25/89).
      18    Trial date set for 11/28/89 @ 8:30 AM (Counts 1-2) (EST 2
            1/2 J/T STATUS CON IS SET FOR 11-20-89 AT 2:00 PM. ANY PROP
            MOTN TO BE SET FOR HRG ON 11-20-89 AT 2:00 PM.LJ) (JUDGE
            HUPP) (Dkt'd 10/25/89).

10/24/89 19  Detention hearing held (MATTER CALLED FOR PERM DETN HRG.
            CRT ORDS DFT PERM DETAINED. SEE SEPARATE DETN ORDER.LJ)
            (JUDGE EICK) (Dkt'd 10/25/89).
      20    Order filed (FLD ORD OF DETN AFTER HRG.LJ) (JUDGE EICK)
            (Dkt'd 10/25/89).
      20    Bail not allowed (JUDGE EICK) (Dkt'd 10/25/89).

10/31/89 22  Filed bench warrant returned executed. executed on 10/19/89
            (DFT ARREST ON INDICTMENT RE WARRANT FOR ARREST.LJ) (Dkt'd
            11/03/89).

11/20/89     Attorney HO, ANNA deleted from case (FLD SUBS OF ATTY.
            KKG) (JUDGE HUPP) (Dkt'd 11/27/89).
      23    Filed substitution of ROGEN, ROGER JAY as attorney for
            defendant (JUDGE HUPP) (Dkt'd 11/27/89).
      25    Status hearing held (CRT APPROVES SUBS OF CNSL & PRIOR CNSL
            IS RELVD.  ON MTN OF DFT'S, TRL IS CO TO 12-26-89 @ 8:30 A.M.
            CRT SETS HRNGS ON PRIOR TO DISMISS FOR 12-11-89 @ 2:00 PM.
            MTNS TO BE FLD 11-30-89, OPPOS 12-1-89.  CRT FINDS EXC TI
            IN INT OF JUST. ALLOWING TO PREPARE FORMAL ORD.   KKG)
            (JUDGE HUPP) (Dkt'd 11/27/89).
      25    Trial date continued to 12/26/89 @ 8:30 AM (Counts 1-2)
            (JUDGE HUPP) (Dkt'd 11/27/89).

11/27/89 28  Motion filed (MOTN3) (FLD MTN TO RESERVE FILING OF OTHER
            MTNS.   KKG) (Dkt'd 11/29/89).
      29    Motion for severance/separate trial filed (MOTN4) (Counts
            1-2) (Dkt'd 11/29/89).
      30    Motion to suppress evidence filed (MOTN5) (Counts 1-2)
            (MEMO OF POINTS & AUTH IN SUPPORT THEREOF:DEC OF ROGER J.
            ROGEN EXH.  KKG) (Dkt'd 11/29/89).

12/01/89 31  - FLD NOTC OF GOVT'S IN CAMERA FILING OF DEC IN OPPOSTION
            TO DFT'S MTN FOR DISC.  KKG (Dkt'd 12/01/89).
      32    - FLD GOVT'S IN CAMERA FILING OF DEC IN OPPOS TO DFT'S MTN

*** GRID F17 ***

ACTIVE CRIMINAL DOCKETS          CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                                    PAGE 5

            US-V-BAKER                              CR-89-00812-01

                              PROCEEDINGS

        34      FOR DISC UNDER SEAL.       KKG (Dkt'd 12/01/89).
                Filed memorandum in opposition to motion for
                severance/separate trial  (MOT#4) (FLD GOVT'S OPPOS TO DFT
                BAKER'S MOTN TO SEVER MEMO OF P & A DECLARS OF ALKA SAGAR
                AND CHRIS LANG.LJ) (Dkt'd 12/11/89).
        35      Filed answer to motion to suppress evidence  (MOT#5) (FLD
                GOVT'S CONSOLIDATED RESPONSE TO DFT'S MOTN TO SUPPRESS
                EVIDENCE AND STATEMENTS MEMO OF P & A DECLARS OF ALKA SAGAR,
                RAY MARTIN, JIM GILLESPIE AND CRIS LANG AND EXHIBITS.LJ)
                (Dkt'd 12/11/89).
        37      Filed memorandum in opposition to motion   (MJT#3) (FLD
                GOVT'S OPPOS TO DFT BAKER'S MTN TO RESERVE FUR MOTNS MEMO
                OF P & A.LJ) (Dkt'd 12/11/89).

12/04/89 38     Filed answer to motion to suppress evidence  (MOT#5) (FLD
                GOVT'S CONSOLIDATED RESPONSE TO DFTS' MOTN TO SUPPRESS
                EVIDENCE AND STATEMNTS MEMO OF P & A DECLAR OF ALKA SAGAR,
                RAY MARTIN, JIM GILLESPIE AND CRIS LANG AND EXHIBITS.LJ)
                (Dkt'd 12/11/89).

12/05/89 39     - FLD GOVT'S EX PARTE APPLIC FOR ORD PERMIT RELEASE OF
                GRAND JURY TRANSCRIPT MEMO OF P & A DECLAR OF ALKA SAGAR.LJ
                (Dkt'd 12/11/89).

12/06/89 40     Order filed (FLD FINDINGS AND ORDER RE EXCLUDABLE TIME -
                ORD THAT THE TRIAL DATE PRESENTLY SET BE VACATED AND TRIAL
                BE CONT'D TO 12-26-89 AT 8:30 AM. LJ) (JUDGE HUPP) (Dkt'd
                12/12/89).
        41      Excludable delay based on finding the ends of justice
                served by continuance began on 11/20/89 and ended on
                12/26/89 (JUDGE HUPP) (Dkt'd 12/12/89).

12/07/89 42     Order filed (FLD ORD THAT THE PLTF USA MAY SUPPLY THE DFTS'
                COUNSEL OF RECORD W/ A COPY OF THE GRAND JNURY TESTIMONY OF
                A WITNESS WHOM THE GOVT INTENDS TO CALL AT TRIAL. THIS ORD
                IS BEING ENTERED TO PERMIT COMPLIANCE W/ THE DISCLOSURE
                PROVISIONS OF THE JENCKS ACT, 18:3500.LJ) (JUDGE HUPP)
                (Dkt'd 12/12/89).

12/11/89 43     - FLD DFT BAKER REQ FOR A FRANKS HRG.LJ (Dkt'd 12/13/89).
        44      Filed reply to answer to motion to suppress evidence
                (MOT#5) (FLD DFT BAKER'S REPLY TO GOVT'S OPPOS TO HIS MOTN
                TO SUPPRESS EVIDENCE.LJ) (Dkt'd 12/13/89).
        45      Status hearing held (RE WHEATLEY MOTN TO SUPPRESS, BAKER
                MOTNS TO SEVER, TO SUPPRESS, ETC:\ DFTS PRESENT W/ COUNSEL
                AND DECLARS OF WITNESESS FLD. DECLARANTS SWORN & TESTIFY.
                FURTHER FUR PROCEEDINGS ON MOTNS ARE CONT'D TO 12-12-89 AT
                1:30 PM.LJ(CW-L)) (JUDGE HUPP) (Dkt'd 12/19/89).
        46      - FLD DECLAR OF RAY MARTIN.LJ (Dkt'd 12/19/89).

ACTIVE CRIMINAL DOCKETS        CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                                    PAGE 6

US-V-BAKER                                      CR-89-00812-01

PROCEEDINGS

|  |  |  |
|--|--|--|
|  | 47 | - FLD DECLAR OF CRIS LANG.LJ (Dkt'd 12/19/89). |
|  | 48 | - FLD DECLAR OF JIM GILLESPIE.LJ (Dkt'd 12/19/89). |

12/12/89  49   Status hearing held ONOTION. CONT'D FRM 12-11-89 - DFTS
               PRESENT W/ COUNSEL. WITNESSES SWORN AND TESTIFIED. COUNSEL
               AND COURT DISCUSS MOTNS. MOTNS CONT'D TO 12-15-89 AT 3:00
               PM.LJ (CW-L)) (JUDGE HUPP) (Dkt'd 12/19/89).
          51   - FLD ASSOCIATION OF COUNSEL DAVID M DUDLEY.LJ (Dkt'd
               12/19/89).
          51   Attorney DUDLEY, DAVID added to case (Dkt'd 12/19/89).

12/15/89  52   - FLD LIST OF EXHIBITS AND WITNESSES.LJ (Dkt'd 12/19/89).
          53   - FLD DECLAR OF CRIS LANG.LJ (Dkt'd 12/19/89).
          55   - FLD GOVT'S DEMAND FOR NOTC OF ALIBI.LJ (Dkt'd 12/20/89).
          56   Status hearing held (DFTS PRESENT W/ COUNSEL AND CONT W/
               FUR DISCUSSION ON MOTNS. COURT RULES ON MOTNS AS FOLLOWS
               AND MAKES FINDINGS AS NOTED ON THE RECORDER'S NOTES. 1. DFT
               WHEATLEY'S MOTN TO SUPPRESS CONTENTS OF THE PURSE IS DENIED.
               2. DFT BAKER'S MOTN TO SUPPRESS FINDINGS OF 5 1/2 KILOS OF
               CRACK IS DENIED. 3. DFT WHEATLEY'S MOTN TO SUPPRESS STMNT
               TO AGENT LANG ON MIRANDA GROUNDS IS GRANTED. SAID STMNT ARE
               EXCLUDED. 4. DFT BAKER'S MOTN TO SEVER IS DENIED. 5. DFT
               WHEATLEY'S MOTN TO SUPPRESS ITEMS SEIZED UNDER S/W IS
               DENIED. 6. DFT BAKER'S MOTN TO FILE FUR MOTNS IS DENIED W/O
               PREJ. 7. DFT WHEATLEY'S MOTN FOR DISCOVERY IS DENIED.
               GOVT'S SEALED EXBT. 25 (IN CAMERA) IS ADMITTED FOR THIS
               HRG AND SHALL REMAIN UNDER SEAL. LJ (ER)) (JUDGE HUPP)
               (Dkt'd 12/20/89).
          56   Motion to suppress evidence denied. (MOT#5) (DFT BAKER'S
               MOTN TO SUPPRESS FINDINGS OF 5 1/2 KILOS OF CRACK IS DENIED.
               LJ) (JUDGE HUPP) (Dkt'd 12/20/89).
          56   Motion for severance/separate trial denied. (MOT#4) (JUDGE
               HUPP) (Dkt'd 12/20/89).
          56   Motion denied. (MOT#3) (RE DFT BAKER'S MOTN TO FILE FUR
               MOTNS IS DENIED W/O PREJ.LJ) (JUDGE HUPP) (Dkt'd 12/20/89).

12/21/89  59   - FLD DFT'S APPLIC FOR SHORT'G TIME.LJ (Dkt'd 12/26/89).
          60   Order filed (FLD ORD THAT DFT MILTON BAKER JR ALLOW TO FILE
               A MOTN FOR CONTINUANCE IN THIS MATTER AND SETTING THE HRG
               ON THIS MOTN FOR 12/22/89 AT 2:00 PM.LJ) (JUDGE HUPP)
               (Dkt'd 12/26/89).
          61   Motion for continuance filed (MOT#7) (FLKD DFT'S BAKKER
               MOTN FOR CONT OF TRIAL FRM 12/26/89 TO A DATE CONVENIENT
               FOR THIS CRT AFTER 1/8/90.LJ) (Dkt'd 12/26/89).
          61   Motion for continuance hearing set for 12/22/89 @ 2:00 PM
               (MOT#7) (Dkt'd 12/26/89).
          62   Filed government's proposed jury instructions (Counts 1-2)
               (Dkt'd 12/26/89).

ACTIVE CRIMINAL DOCKETS          CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                                    PAGE 7

　　　　　　US-V-BAKER                                CR-89-0081 -01

　　　　　　　　　　　　PROCEEDINGS

|  |  |  |
|---|---|---|
|  | 63 | Filed trial memorandum (Counts 1-2) (FLD BY PLTF.LJ) (Dkt'd 12/26/89). |
|  | 64 | Filed government's proposed jury instructions (Counts 1-2) ((CLEAN SET).LJ) (Dkt'd 12/26/89). |
| 12/22/89 | 65 | Motion for continuance hearing held (MOT#7) (DFT'S MOTN TO CONT TRIAL DFTS PRESENT W/ COUNSEL ADM DISCUS MOTN TO CONTINUE, CRT DENIES MOTN TO CONTINUE. TRIAL WILL COMMENCE ON 12/26/89 AS SET, W/ JURY SELECTION.LJ (CML)) (JUDGE HUPP) (Dkt'd 12/26/89). |
|  | 65 | Motion for continuance denied (MOT#7) ((CRT DENIES MOTN TO CONT TRIAL.LJ) (JUDGE HUPP) (Dkt'd 12/26/89). |
|  | 66 | Government's requested voir dire (Dkt'd 12/26/89). |
| 12/26/89 | 67 | Status hearing held (J/T) CRT AND COUNSEL CONFER. COUNSEL ARGUE. DFT BAKER'S MOTN TO CONT IS DENIED. FUR THE CRT DNIES DFTS BAKER AND WHEATLEY'S MOTNS IN LIMINE. DFT BAKER RESUBMIT SHIS MOTN TO CONT AND IS JOINED BY DFT WHEATLEY. THE CRT GRANTS THE MOTN AND THE ESTIMATED 2 DAY J/T IS CONT'D TO 1/9/90 AT 8:30AM. THE CRT INSTRUCTS DFT BAKER'S COUNSEL TO PREAPRE AN ORDER MAKING THE TIME BETWEEN THIS DATE AND 1/9/90 EXCLUDABLE.LJ (LK & ESR)) (JUDGE HUPP) (Dkt'd 01/11/90). |
|  | 67 | Trial date continued to 01/09/90 @ 8:30 AM (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/11/90). |
| 01/09/90 | 68 | Voir dire begins--jury (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/11/90). |
|  | 68 | Jury impaneled (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/11/90). |
|  | 68 | Trial held--jury (Counts 1-2) (J/T (1ST DAY) DFTS PRESENT W/ COUNSEL AND JURY IS IMPANELED. J/T RECESSED UNTIL 9:00 AM 1/10/90.LJ (LK & ESR)) (JUDGE HUPP) (Dkt'd 01/11/90). |
|  | 68 | Jury trial continued to 01/10/90 @ 9:00 AM (JUDGE HUPP) (Dkt'd 01/11/90). |
| 01/10/90 | 69 | Trial held--jury (Counts 1-2) (J/T 2ND DAY, DFTS PRSNT W/CNSL & CRT ORDS THE FOLWG: DFTS ARE ENT TO RE-WEIGH THE NARC SEIZED IN THIS CASE & TO OBTAIN A SAMPLE FOR TSTING PURPOSES. OPENING ARGUMENTS ARE HEARD. GOVT PRSNT WIT THRU SWORN TSTMNY & EXH ARE I.D. & ADM. CNSL STIP THAT AGENT LANG MNTAIN PHYSICAL CUST OF EXH'S. 13A THROUGH 13E. (CRACK COCAINE) MATTER CO TO 1-11-90 @ 9:00 A.M.   KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 69 | Jury trial continued to 01/11/90 @ 9:00 AM (J/T 3RD DAY. KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
| 01/11/90 | 70 | Trial held--jury (Counts 1-2) (3RD DAY, GOVT CO W/CS IN CHIEF. EXH ADM & GOVT RESTS. DFT BAKER ORAL R29 MTN & DFT. WHEATLEY FLD R29 MTN ARE DISC & DENIED. DFT WHEATLEY |

Case 1:00-cr-00554    Document 2    Filed 08/08/2008    Page 10 of 22

PROCEEDINGS

|  |  |  |
|---|---|---|
|  |  | PRSNTS CASE IN DEFENSE & RESTS.  DFT BAKER PRSNTS CASE IN DEFENSE & RESTS.  GOV'T REBUTTLE HEARD & EVIDENCE IS COMPLETE.  JURY EXCUSED TO RET 9:00 A.M. & CRT & CNSL DISC JURY INSTRUCTIONS. DFTS RENEWED R29 MTN DENIED.  MATTER CO TO 1-12-90 @ 9:00 A.M.  KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 70 | Jury trial continued to 01/12/90 @ 9:00 AM (4TH DAY.  KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
| 01/12/90 | 75 | Filed government's proposed jury instructions (Counts 1-2) (ORIG GVN.    KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 76 | Jury notes filed (NOTE FR THE JURY #1 RE: THE JURY HAS REACHED A UNANIMOUS VERDICT.    KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 77 | - FLD VERDICT.  KKG (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 78 | Witness list filed (Counts 1-2) (Dkt'd 01/18/90). |
|  | 79 | Trial held-jury (Counts 1-2) (J/T 4TH DAY, FLD WIT & EXH LST, CLOSING ARGUMENTS HD, CRT INSTRUCTS JUR, BAILIFF SWORN, ALTN EXCUSED BUT ON CALL, JURY RETIRES TO DELIBERATE & FLD JURY VERDICT AS FOLLOWS, JURY POLLED, FLD JURY MTS & JURY INSTRUCTIONS.  DFT REFERRED TO P/O FOR I/R & CONT TO 3-19-90 @ 2:00 P.M.  DFT WHEATLEY REMANDED TO CUST & BND EXON AS TO DFT WHEATLEY.  KKG) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 79 | Trial ends-jury (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  | 79 | Jury verdict of guilty (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  |  | Order cause referred to the probation department for a pre-sentence investigation (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/18/90). |
|  |  | Sentencing set for 03/19/90 @ 2:00 PM (Counts 1-2) (JUDGE HUPP) (Dkt'd 01/18/90). |
| 02/28/90 | 82 | - FLD NOTC OF FILING UNDER SEAL POSITION OF PARTIES W/RESPECT TO SENT FACTORS.   KKG (Dkt'd 03/02/90). |
|  | 83 | - FLD GOVT'S POSITION W/RESPECT TO SENT FACTORS.   KKG (Dkt'd 03/02/90). |
| 03/12/90 | 84 | Filed stipulation between the government and defendant (FLD STIP & ORD  RE: CONT, DENIED.  KKG) (JUDGE HUPP) (Dkt'd 03/14/90). |
|  | 84 | - Jmr filed (ORD DENIED CONT SENT.  KKG) (JUDGE HUPP) (Dkt'd 03/14/90). |
| 03/19/90 | 86 | Sentencing continued to 04/23/90 @ 2:00 PM (Counts 1-2) (ANY MOTS TO BE FLD BY 4-2-90 & FUR BRIEFS BY 3-26-90.  KKG) (JUDGE HUPP) (Dkt'd 03/21/90). |
|  | 87 | Motion for continuance filed (MOT#9) (FLD MOT TO CONT SENT DATE.  KKG) (Dkt'd 03/21/90). |

Case 1:06-cr-00594    Document 2    Filed 08/06/2008    Page 11 of 22

ACTIVE CRIMINAL DOCKETS        CAL-C(LOS ANGELES) 06/17/92

CR-89-00812-01                                                           PAGE 9

                US-V-BAKER                            CR-89-00812-01

                          PROCEEDINGS

        87      Motion for continuance granted  (MOT#9) (JUDGE HUPP) (Dkt'd
                03/21/90).

04/02/90  94    Motion filed  (MOT#10) (FLD DFT'S MOTN TO DECLARE SENTG
                GUIDELINES UNCONSTITUTIONAL RETBL 4-23-90 AT 2:00 PM.LJ)
                (Dkt'd 04/04/90).

04/12/90  95    - FLD RECEIPT FOR REPORTER'S TRANSCRIPT FOR HRG 1-11-90.LJ
                (Dkt'd 04/13/90).
          96    Filed transcript of proceedings for 01/11/90 (Dkt'd
                04/13/90).

04/19/90  97    - FLD GOVT'S RESPONSE TO DFTS POSITION RE SENTG FACTORS.LJ
                (Dkt'd 04/20/90).
          98    - FLD GVT'S RESPONSE TO DFT'S MOTN TO DECLARE THE SENT
                GUIDELINES UNCONSTITUTIONAL. SM (Dkt'd 04/27/90).

04/23/90  101   Motion hearing held  (MOT#10) (DFT'S MOTN TO DECLARE THE
                SETNG GUIDELINES UNCONSTITUTINAL IS DENIED. THE GUIDELINES
                HAVE BEEN DECLARED CONSTITUTIONAL SO MANY TIMES AND I SO
                MANY WAYS THAT ONE WOULD THINK THAT THERE CANNOT BE ANY
                UNADJUDICATED ARGUMENTS LEFT. ( FOR DETAILS SEE M.O.). LJ (C.
                LEWIS)) (JUDGE HUPP) (Dkt'd 04/30/90).
          101   Motion denied  (MOT#10) (DFT'S MOTN O DECLARE THE SENTG
                GUIDELINES UNCONSTITUTIONAL IS DENIED.LJ) (JUDGE HUPP)
                (Dkt'd 04/30/90).
          102   Sentencing of defendant ((Counts 1-2) (SENT (GUIDELINES
                CASE) IMPRISONMENT FOR 235 MONTHS ON EACH OF CNT 1 & 2
                CONCURRENTLY UPON REL FRM CUST, 5 YRS SUPERVISED RELEASE ON
                CNTS 1 & 2 CONC., UPON THE FOLLOWING TERMS AND CONDITIONS,
                OBEY ALL R & R OF P/O AND G.O 225. PARTICIPATE IN A PROGRAM,
                AS DIRECTED AND APPROVED BY P/O, FOR TREATMNT OF NARCOTIC
                ADDICTION, OR DRUG DEPEND, WHICH MAY INCLUDE COUNSELING OR
                RANDOM TESTING. DFT INFORMED OF RIGHT TO APPEAL. LJ (C.
                LEWIS)) (JUDGE HUPP) (Dkt'd 04/30/90).

04/25/90  103   Issued judgment and commitment to U.S. Marshal (Counts 1-2)
                (FLD JUDGMNT AND COMMITMENT ORD. (ENT 4-30-90).LJ) (JUDGE
                HUPP) (Dkt'd 04/30/90).

05/01/90  104   Filed notice of appeal (Counts 1-2) (APPL#2) (FLD DFT'S NTC
                OF APPEAL TO THE 9TH CIR C/A FRM THE JUDGMNT OF CONVICTION
                ENTERED IN THIS CRT ON 4-23-90.LJ (BILL. FRMS GVN.))
                (Dkt'd 05/02/90).

05/16/90  105   - (APPL#2) (FLD ORD FOR TI SCH, TRNSCRPT ORD 5-22-90, CRT
                RPTR'S TRNSCRIPT FLD 6-21-90, APPELLANT'S OPNG BRIEF &
                EXCERPTS OF RECORD SVD & FLD 7-31-90, BRIEF OF APPELLEE SVD
                & FLD 8-30-90, REPLY BRIEF OF APPELLANT SVD & FLD 9-13-90.

Case 1:08-cr-00504   Document 3   Filed 09/08/2008   Page 12 of 22

ACTIVE CRIMINAL DOCKETS        CAL-C (LOS ANGELES) 06/17/92

CR-89-00812-01                                          PAGE 10

                US-V-BAKER                          CR-89-00812-01

                              PROCEEDINGS

                EW) (Dkt'd 05/22/90).

05/22/90  106  - (APPL#2) (FLD TRNSCRPT DSGN & ORD FORM.  EW) (Dkt'd
                 05/30/90).

09/11/90  107  - FLD RECEIPT FOR RPTR'S TRNSCRPT RE HRG HAD ON 12-15-89.
                 EW (Dkt'd 09/25/90).

09/12/90  108  - FLD RECEIPT FOR RPTR'S TRNSCRPT RE HRG HAD ON DEC 12 & 22,
                 1989, JAN 10 & 12, 1990, 3-19-90, 4-23-90.  EW (Dkt'd
                 09/25/90).

          109  - FLD RECEIPT FOR RPTR'S TRNSCRPT RE HRG HAD ON 12-26-89, 1-
                 9-90.  EW (Dkt'd 09/25/90).

09/19/90  110  - FLD RECEIPT FOR RPTR'S TRNSCRPT RE HRG HAD ON 1-11-90.
                 EW (Dkt'd 10/01/90).

11/14/90  111  Notice filed (FLD DEF ATTY'S NOTC OF CHANGE OF ADDRESS.
                 EW) (Dkt'd 11/20/90).

03/08/91  112  Order filed (LODGED ORD FRM 9TH CCA, APPELLANT'S MOT FOR AN
                 EXT OF TIME IN WHICH TO FILE HIS OPENING BRIEF IS GRANTED.
                 MIC) (Dkt'd 03/27/91).

09/18/91  113  - FLD RECPT FOR RPTR'S TRANSC.  HRG DATE: 12-11-89.  MIC
                 (Dkt'd 09/24/91).
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

   End of docket

APPEAL, CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:89-cr-00812-HLH-1

Case title: USA v. Wheatley, et al          Date Filed: 09/15/1989
                                            Date Terminated: 04/23/1990

Assigned to: Judge Harry L. Hupp

**Defendant (1)**

**Milton Jerome Baker, Jr.**
*TERMINATED: 04/23/1990*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 21: 841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE; DISTRIBUTION OF COCAINE BASE (1-2) | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

I hereby attest and certify on 8/4/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1198

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/1992 | 115 | Lodged ord from 9th CCA The crt notes that atty Mary Gibbons has complied w/our 3-27-92 ord, in that she moved to dismiss as moot, filed the opening brief and pd the $500.00 sanction. The suspension is modified to allow Gibbons to complete the prosecution of all. Gibbons may also complete the prosecution. (rm) (Entered: 09/09/1992) |
| 11/10/1992 | 118 | Lodged ORDER from 9th CCA that the judgment of the said Dist Crt in this cause be, and hereby is affirmed as to dfts Milton Baker, Jr. (rm) Modified on 03/25/1993 (Entered: 01/07/1993) |
| 11/15/1992 | | Case transfer frm Dec-10, please refer to micro fiche for previous dkt sheet as to Milton Jerome Baker Jr. (rm) (Entered: 12/09/1992) |
| 11/16/1992 | 116 | MINUTES: Filing and spreading mandate of the 9th cir crt of appeal. The crt ords that the mandate of the 9th cir crt of appeals affirming. ent 12-9-92, as to dft Milton Baker Jr. by Judge Harry L. Hupp (rm) (Entered: 12/09/1992) |
| 11/16/1992 | 117 | CERTIFIED Copy of judgment from USCA it is ord that the judgment of the said dist crt in this cause be, and hereby is affirmed. ent 12-9-92, as to dft Milton Baker Jr. (cc: all counsel) (rm) (Entered: 12/09/1992) |
| 12/28/1992 | 119 | Received minute order that was previously mailed to dft atty. Letter retnd to the clks office wrong address as to Milton Jerome Baker Jr. (rm) (Entered: 01/08/1993) |
| 01/22/1993 | 120 | MINUTES: Filing and spreading mandate of the 9th cir crt of appeals. The crt ords that the mandate of the 9th cir crt of appeal reversing and remanding. Dft is rel frm cust; issd rel/remand no. 2877. Crt vacates ord denying motn to suppress & grants motn. Crt vacates j/c ord. Upon ord motn of govt, the crt dismisses charges. as to dft Cherry Yolanda Wheatley C/R: C. Mizell by Judge Harry L. Hupp (rm) Modified on 01/29/1993 (Entered: 01/27/1993) |
| 01/27/1993 | 121 | Fld CERTIFIED Copy of judgment from USCA it is the judgment of the crt in this cause be, and hereby is reversed as to dft Cherry Yolanda Wheatley. (cc: all counsel) (rm) (Entered: 01/27/1993) |
| 02/22/1993 | | RCVD frm 9th CCA 3 volumes C/R transc. (rm) (Entered: 02/26/1993) |
| 07/16/1993 | | RECORD on Appeal returned from 9th CCA 3 volumes original clerks file, 8 volumes C/R transcripts, exhibits returned: y - (1) Brown Folder (1) Sealed Document (lw) (Entered: 07/26/1993) |
| 04/22/1997 | 123 | MOTION filed by Milton Jerome Baker Jr. to vacate, set aside or correct sent purs to 28:2255 . (mc) (Entered: 04/25/1997) |
| 05/07/1997 | 124 | EX PARTE APPLICATION filed by USA as to Milton Jerome Baker Jr. for ext of time to respond to dft's mot for relief purs to 28:2255 ; Lodged ord (mc) (Entered: 05/08/1997) |
| 05/09/1997 | 125 | ORDER filed by Judge Harry L. Hupp as to Milton Jerome Baker Jr.: granting ex parte application motion for ext of time to respond to dft's mot for relief purs to 28:2255, is ordered: 1. the govt's respnse shall be fld by 8/11/97, |

| | | instead of 5/12/97. [124-1] (cc: all counsel) (ca) (Entered: 05/13/1997) |
|---|---|---|
| 06/08/1998 | 126 | MOTION filed by USA as to Milton Jerome Baker Jr. to disqualify counsel for dft Memo PA's; Declaration of Alka Sagar. (ca) (Entered: 06/11/1998) |
| 09/15/1998 | 127 | MINUTES OF THE GOVERNMENTS MOTION TO DISQUALIFY HEARING held before Judge Harry L. Hupp as to Milton Jerome Baker Jr. : Cnsl for petitioner is to respond to the govt's motion to disqualify by 9/30/98 C/R: N/A (ca) (Entered: 09/21/1998) |
| 10/07/1998 | 128 | ORDER DIRECTING FILING OF RESPONSE TO MOTION TO DISQUALIFY filed by Judge Harry L. Hupp as to Milton Jerome Baker Jr. : If there is not reply, the motion to disqualify will be granted & the Petition will be denied (cc: all counsel) (ca) (Entered: 10/15/1998) |
| 10/28/1998 | 129 | MEMORANDUM filed by Milton Jerome Baker Jr. in opposition to responsnats motion to disqualify cnsl [126-1] (ca) (Entered: 11/02/1998) |
| 12/08/1998 | 130 | MINUTES OF ORDER (also, if applicable, findings & memorandum opinion): HEARING held before Judge Harry L. Hupp as to Milton Jerome Baker Jr. : On 4/22/97, Petitioner through hsi cnsl, Mary Gibbons, filed a petition for relief under 28:2255. As a response, on 6/8/98, the govt fld a motion to disqualify cnsl, Mary Gibbons. Petitioner filed its oppos to the Motion to Disqualify on 10/28/98. After consideration of the papers, the crt Denied the govt's motion to disqualify. Accordingly, the govt's oppos must be fld w/this crt nlt 1/11/99. Petitioner's reply to the govt's oppos, if any, must be fld w/this crt nlt 2/8/98 C/R: Cynthia Mizell (ca) (Entered: 12/09/1998) |
| 12/08/1998 | 131 | ORDER filed by Judge Harry L. Hupp as to Milton Jerome Baker Jr. : denying motion to disqualify counsel for dft [126-1] (cc: all counsel) (ca) (Entered: 12/14/1998) |
| 01/04/1999 | 132 | EX PARTE APPLICATION filed by USA as to Milton Jerome Baker Jr. for extension of time to file a response to pet's motn to vacate, set aside or correct sentence ; Declr of Alka Sagar. Lodged Order (ca) (Entered: 01/08/1999) |
| 01/05/1999 | 133 | ORDER filed by Judge Harry L. Hupp as to Milton Jerome Baker Jr. : granting ex parte application motion for extension of time to file a response to pet's motn to vacate, set aside or correct sentence [132-1] matter is extended to 2/11/99 (cc: all counsel) (ca) (Entered: 01/19/1999) |
| 02/11/1999 | 134 | MEMORANDUM filed by USA as to Milton Jerome Baker Jr. in opposition to petitioner's motn to vacate, set aside or correct sentence purs to 28:2255; Declar of Alka Sagar; Exhibits [123-1] (ca) (Entered: 02/17/1999) |
| 02/12/1999 | 135 | NOTICE OF IN CAMERA FILING by USA as to Milton Jerome Baker Jr. Re: respondent's filing in support of oppos to pet's motion to vacate, set aside or correct sentence purs to 28:2255 (ca) (Entered: 02/17/1999) |
| 10/05/1999 | 137 | ORDER filed by Judge Harry L. Hupp as to Milton Jerome Baker Jr. : denying motion to vacate, set aside or correct sent purs to 28:2255 [123-1] (cc: all counsel) (ca) (Entered: 10/13/1999) |
| 11/04/1999 | 138 | NOTICE OF APPEAL to USCA filed by Milton Jerome Baker Jr. as to Milton |

| | | |
|---|---|---|
| | | Jerome Baker Jr. from order [137-1],filed on: 10/5/99 and entered on: 10/13/99. status: COA Pending (cc: Mary Gibbons;Alka Sagar,AUSA) (ghap) (app) (Entered: 11/08/1999) |
| 03/06/2000 | | RECORD ON APPEAL FORWARDED TO USCA: 3 volumes original clerks file, 1 expando folder containing docket no. 134, 11 volumes C/R transcripts, exhibits: two envelopes of certified copies of sealed docket nos. 82 and 136 (pjap) (app) (Entered: 03/06/2000) |
| 06/21/2002 | 139 | RECORD on Appeal returned from 9th CCA 3 volumes original clerks file,11 volumes C/R transcripts,2 sealed envelopes & 1 brown folder. (ghap) (Entered: 07/22/2002) |
| 07/02/2008 | 140 | ORIGINAL AND COPY OF PROBATION FORM 22 sent to USDC Illinois Northern District Court at Chicago, IL as to Defendant Milton Jerome Baker, Jr. (Attachments: # 1 Prob 22 Transfer)(lom) (Entered: 07/03/2008) |
| 07/31/2008 | 141 | RECEIPT/ACKNOWLEDGEMENT OF Supervised Release Transfer Letter and Prob 22 by Northern District of Illinois as to Milton Jerome Baker, Jr. Transfer case number: 08CR594, Judge Pallmeyer. (lom) (Entered: 08/04/2008) |
| 07/31/2008 | 142 | ORDER RE: TRANSFER OF JURISDICTION filed by Judge Alicemarie H. Stotler as to Supervised Releasee Milton Jerome Baker, Jr. Case transferred to Northern District Court of Illinois, CR08-594 (Judge Pallmeyer). (Attachments: # 1 PROB 22) (lom) (Entered: 08/04/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/04/2008 11:35:53 | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:89-cr-00812-HLH End date: 8/4/2008 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

I hereby attest and certify on 8|4|08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1198

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 1989 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 89- 812 |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [21 U.S.C. § 841(a)(1): |
| | ) | Possession With Intent |
| MILTON JEROME BAKER, JR., and | ) | To Distribute Cocaine |
| CHERRY YOLANDA WHEATLEY, | ) | Base; 21 U.S.C. |
| | ) | § 841(a)(1): Distri- |
| Defendants. | ) | bution of Cocaine Base] |
| | ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 841(a)(1)]

On or about September 14, 1989, in Los Angeles County, within

the Central District of California, defendants MILTON JEROME

BAKER, JR. and CHERRY YOLANDA WHEATLEY knowingly and

intentionally possessed with intent to distribute approximately

5,659.4 grams of cocaine base, a schedule II narcotic drug

controlled substance.

//

//

BKS

BKS:nms:0480H





COUNT TWO

[21 U.S.C. § 841(a)(1)]

On or about September 14, 1989, in Los Angeles County, within the Central District of California, defendants MILTON JEROME BAKER, JR. and CHERRY YOLANDA WHEATLEY knowingly and intentionally distributed approximately 5,659.4 grams of cocaine base, a schedule II narcotic drug controlled substance.


A TRUE BILL


GARY A. FEESS
United States Attorney

ROBERT L. BROSIO
Assistant United States Attorney
Chief, Criminal Division


MONICA BACHNER
Assistant United States Attorney
Chief, Criminal Complaints

UNITED STATES OF AMERICA vs.                    Docket No. **CR** – 89-0812-1-HLH

Defendant's Name    Milton Jerome Baker, Jr.

& R

Adc

## JUDGMENT AND PROBATION / COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| April | 23, | 1990 |

**COUNSEL**   ☐ **WITHOUT COUNSEL**   However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

☒ **WITH COUNSEL**    David Dudley, retnd.
(Name of Counsel)

**PLEA**   ☐ **GUILTY**, and the Court being satisfied that there is a factual basis for the plea.   ☐ **NOLO CONTENDERE**   ☐ **NOT GUILTY**

**FINDING**   There being a finding/verdict of ☒ **GUILTY**, defendant has been convicted as charged of the offense(s) of:
possession with intent to distribute 5,659.4 grams of cocaine base (ct. 1) in violation of 21 USC 841(a)(1) and distribution of 5,659.4 grams of cocaine base (ct. 2) in violation of 21 USC 841 (a)(1).

**JUDGMENT AND PROB./ COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: 235 months on each count 1 and 2, to be served concurrently. Upon release from imprisonment, defendant shall be placed on supervised release for a term of five (5) years each count 1 & 2 concurrently, upon the following terms and conditions:

1.  Defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;
2.  Defendant shall participate, as instructed by the Probation Officer, in a program approved by the U.S. Probation Office, for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs.

FINE is waived as defendant has no ability to pay.

ENTERED
APR 3 0 1990
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RECEIVED/FISCAL
CLERK, U.S. DISTRICT COURT
APR 25 1990
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

In addition to the special conditions of probation enforced above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this order be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: ☒☒ U.S. District Judge _____   ☐ U.S. Magistrate _____

Dated 4/24/90

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation / Commitment Order to the U.S. Marshal or other qualified officer.

LEONARD A. BROSNAN, CLERK

103

Dated/Filed  4/25/90   By  Robert Botton
Deputy Clerk

AO-245-A  (01/90)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES — SENTENCING AND JUDGMENT

Case No. _CR 89-0812-1-HLH_                                          Date _4/23_

Hon. _HARRY L. HUPP_____, Judge

_R. Bolton_ _____          _C. LEWIS_ _____          _ALKA SAGAR_ _____
Deputy Clerk                      Court Reporter                   Asst. U.S. Attorney

_MILTON J. BAKER, JR._          _DAVID DUDLEY_ _____          _____
Defendant                        Counsel                          Interpreter

(GUIDELINES CASE)

SENTENCE:

☒ Imprisonment for _235 months_ on each of count(s) _1 + 2  concurrently_ pursuant to Title 18, U.S.C. _UPON REL. FROM CUSTODY,_

☐ Fine of $_____ is imposed on each of count(s) _____.

☐ Execution ☐ Imposition of sentence as to imprisonment only suspended on count(s) _____.

☐ Imposition of fine suspended on count(s) _____.

☐ Confined in a jail-type institution for _____ to be **served on consecutive** (days)(weekends) from _____ to _____, commencing _____ to _____, and thereafter until the jail-type **sentence has been** completed; balance of sentence is suspended.

☒ _5_ (years)(months) ~~Probation~~ SUPERVISED RELEASE imposed on count(s) _1 + 2  CONC.)_ upon the following terms and conditions:

  ☒ Obey all rules and regulations of P/O and General Order **225**
  ☐ Obey all Federal, State and Local Laws
  ☐ Perform _____ hours of community service as **directed by P/O**
  ☐ Serve _____ in a CTC or similar **facility as designated** by P/O
  ☐ Pay $_____ fine in such amounts and at **such times as may** be determined by P/O
  ☐ Make restitution in sum of $_____ in such amounts **and at such times** as may be determined by P/O
  ☒ Participate in a program, as directed and approved by P/O, **for treatment** of narcotic addiction, or drug dependency, which may include counseling or random testing

☐ Imprisonment for _____ for study pursuant to Title 18, U.S.C., _____ and results of study to be furnished to the Court within _____ (days)(months) whereupon sentence shall be subject to modification pursuant to Title 18, U.S.C., _____.

☐ $_____ special assessment fee imposed per count for a total of $ _____ pursuant to Title 18, U.S.C. 3013 payable to U.S. Treasury - U.S. Attorney, 312 N. Spring St., Room 1347 (Claims & Judgments) Los Angeles, California 90012.

☐ Other: _____

I hereby attest and certify on _8/4/08_ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ On Government's motion, all remaining count(s) ordered dismissed. _Now Mirabal_

☐ Sentence on each of count(s)_____ shall run concurrent/consecutive to the sentence imposed on each of count(s) _____.

☐ Period of probation imposed on count(s) _____ shall run concurrent/consecutive to the period of probation imposed on count(s) _____.

☒ Defendant informed of right to appeal.

☐ Bond exonerated ☐ Forthwith ☐ Upon surrender on _____

☐ Present bond to continue as bond on appeal.

☐ Appeal bond set in amount of $ _____

APR 30 1989

☐ Stay of execution of     ☐fine     ☐imprisonment granted until _____

☐ Defendant ordered remanded to custody of U.S. Marshal forthwith.

☐ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons or if no designation made, to the U.S. Marshal.

☒ Made JS-3, entered _____.     ☐ Filed and distributed judgment.

CR 90 (7/86)                    CRIMINAL MINUTES — SENTENCING AND JUDGMENT

USA v _Milton Jerome Bates, Jr._ CASE NO. CR _____    DEFENDANT NO. ____ 1

NOTE:    All items are to be completed.    Information not applicable or unknown will be
indicated as "N/A".

1.    X Indictment    ___ Information
a.    Investigative agency (i.e., FBI,
DEA, IRS, Customs, Postal, etc.)

_____DEA_____

2.    Offense charged as a:

a.    X Felony
___ Minor Offense
___ Petty Offense

b.    Date of Offense  _9/14/89_

c.    County in which first
offense occurred  _LA_

d.    All crimes charged are alleged
to have been committed in Orange,
Riverside or San Bernardino
Counties?    ___ Yes   X No

e.    If not all crimes, some crimes
charged are alleged to have been
committed in Orange, Riverside
or San Bernardino Counties?
___ Yes   X No

3.    Citation of Offense:

_____21 USC 841 (a)(1)_____

_____

4.    This defendant is charged in:

X All Counts
___ Only Counts _____

5.    X A complaint was previously filed
on  _9/15/89_____
case no.  _89-1445 M_
charging  _21 USC 841(a)(1)_

The complaint:
X Is still pending
___ Was dismissed on _____

6.    N/A This is a superseding charge and
charges previously dismissed on:

7.    N/A This is a superseding charge and
the superseded case is still pending
before Judge/Magistrate _____
previously filed on _____
case no.

8.    N/A This defendant is designated as
"High Risk" per 18 U.S.C. 3164 (a)
(2) by the U.S. Attorney.

9.    N/A This is designated a "Special Case"
per 18 U.S.C. 3166 (b) (7).

10.    Detained Witnesses? ___ Yes    X No

11.    Out of district witnesses? ___ Yes  X No

12.    Date of Birth  _5/30/63_

X Male    ___ Female
X U.S. Citizen    ___ Alien

13.    Estimated days for trial  _2_

14.    DEFENDANT IS NOT IN CUSTODY

a.    Date and time of arrest on complaint
_____

b.    Posted bond at complaint level on
_____
in the amount of $_____

c.    PSA Supervision. ___ Yes ___ No

d.    ___ Is a Fugitive

e.    ___ Is on bail or release from
another district. Show district:

f.    ___ Has not been arrested but will
be notified by summons to appear.

g.    X Warrant requested.

FILED
G 2 9 1989
CLERK, U.S. DISTRICT
CENTRAL DISTRICT OF CA

DEFENDANT IS IN CUSTODY

a.  Place of incarceration
    State ___  Federal X

b.  Name of institution MDC

c.  If Federal:
    U.S. Marshal's Registration Number:
    __97009012__

d.  X Solely on this charge. Date
    and time of arrest __9/14/89__

e.  ___ On another conviction:
    ___ Federal  ___ State
    ___ Writ of Issue

f.  ___ Awaiting trial on other
    charges: ___ Federal ___ State

    Name of Court _____

5. Has Detainer been filed? ___ Yes
   on _____

7. Date transferred to federal custody:
   _____

8. This person/proceeding is transferred
   from another district per FRCrP:
   ___ 20  ___ 21  ___ 40

9. Determinations as to excludable time
   prior to filing indictment/information
   (explain):
   _____
   _____
   _____
   _____
   _____
   _____
   _____

20. Date: __9/6/89__

21. Signature _Brenda K. Sannes_
    Assistant U.S. Attorney

22. Print Name _Brenda K. Sannes_

CR-72 (06/89)            CASE SUMMARY